IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FRERITA HARRIS-TOLBERT**,<br><br>        Plaintiff,<br><br>v.<br><br>**KILOLO KIJAKAZI,** Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 3:20-cv-01103-IM<br><br>**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES UNDER 28 U.S.C. § 2412(d)** |

Kevin Kerr, Kerr Robichaux & Carroll, P.O. Box 14490, Portland, Oregon 97293. Attorney for Plaintiff.

Renata Gowie, Assistant United States Attorney, United States Attorney's Office, 1000 Louisiana, Suite 2300, Houston, Texas 77002; Katherine B. Watson, Office of the General Counsel, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235. Attorneys for Defendant.

      The parties, through their respective counsel, have hereby stipulated and agreed to Plaintiff's Motion for Attorney's Fees. ECF 21. Accordingly, Plaintiff's Motion for Attorney's Fees is GRANTED, and it is hereby ORDERED that attorney's fees in the amount of $3,586.33 and costs for filing fees in the amount of $905 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney's fees will be paid to Plaintiff's attorney,

dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees and costs, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made available to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 27th day of February, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge